# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHANNA MARIE BALTAR, D.O.; AND
MIRIAM SITHOLE, APRN,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE TARA
D. CLARK NEWBERRY, DISTRICT
JUDGE,
Respondents,
    and
BARRY HEIFETZ, INDIVIDUALLY;
SPRING VALLEY HEALTHCARE, LLC,
A FOREIGN LIMITED-LIABILITY
COMPANY, D/B/A SPANISH HILLS
WELLNESS SUITES,
Real Parties in Interest.

No. 84984

FILED

JUL 2 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

Petitioners on July 20, 2022, filed a notice of withdrawal of appeal, which is construed as a motion for voluntary dismissal of this matter under NRAP 42(b). The motion is granted, and this writ proceeding is dismissed.

It is so ORDERED.

_____, C.J.

cc:    Hon. Tara D. Clark Newberry, District Judge
       John H. Cotton & Associates, Ltd.
       Claggett & Sykes Law Firm
       McBride Hall
       Eighth District Court Clerk

22-22922